**Electronically Filed
Supreme Court
SCPW-13-0000095
20-MAY-2013
02:41 PM**

SCPW-13-000095

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. No. 12-1-0011)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the April 24, 2013 order denying his motion for release or bail pending the United States Supreme Court's disposition of his petition for a writ of certiorari, which was electronically filed by the appellate clerk on May 8, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 20, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

